# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MARTHA LIDIA COTOC YAC DE YAC,<br><br>               Plaintiff,<br>v.<br><br>LAURA HERMOSILLO et al.,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-02593-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


THE COURT HAS ORDERED THAT
Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is GRANTED and Petitioner is entitled to a bond hearing.  The Court further ORDERS that within seven (7) days of receiving Petitioner's request for a bond hearing, Respondents must either provide her with a constitutionally adequate bond hearing under 8 U.S.C. § 1226(a) or release her under an appropriate order of supervision; Respondents are ENJOINED from denying Petitioner the ability to be released on bond on the basis that she is subject to mandatory detention under 8 U.S.C. § 1225(b); and the parties shall file a joint status report in 14 days confirming compliance with this Order.  The status report shall detail if and when the ordered bond hearing occurred, if the bond was granted or denied, and if denied, the reasons for that denial.


Dated January 16, 2026.

                                          Joshua C. Lewis
                                          Clerk of Court

                                          Jo-EL Modeste
                                          Deputy Clerk